**Order issued November 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00049-CR

---

### MELVIN LEE VAUGHN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the July 9, 2015 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Melvin Lee Vaughn, TDCJ No. 1964957, Wayne Scott Unit, 6999 Retrieve, Angleton, Texas, 77515.

/Molly Francis/
MOLLY FRANCIS
JUSTICE